

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2014

No. 04-14-00115-CR

Lloyd **RECTOR**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4029B
Honorable George H. Godwin, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief is due on **August 11, 2014**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2014.

_____
Keith E. Hottle
Clerk of Court